# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Ian T. Barker,

    Petitioner,

vs.

United States of America,

    Respondent.

JUDGMENT IN A CIVIL CASE

3:08-cv-566-MU
(3:06-cr-373 and 3:07-cr-48)

DECISION BY COURT.  This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's November 16, 2011 Order.

Signed: November 16, 2011

*Frank G. Johns*

Frank G. Johns, Clerk
United States District Court